UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JERMARI YERO PRICE,

        Petitioner,                  Case No. 1:24-cv-1316

v.                                           Honorable Ray Kent

MATT MACAULEY,

        Respondents.
_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.

Dated:  January 23, 2025                      /s/ Ray Kent
                                                            Ray Kent
                                                             United States Magistrate Judge